### COAST VENTURE XXVX, INC. *v.* DISTER CORPORATION
### (AC 17287)

O'Connell, C. J., and Schaller and Dupont, Js.

Argued September 21—officially released November 3, 1998

*Richard E. Minton,* for the appellant (plaintiff).

*Gerald E. Farrell, Sr.,* for the appellee (defendant).

*Opinion*

PER CURIAM. This case is controlled by our decision in *Dister Corp.* v. *Northco, Inc.*, 50 Conn. App. 764, 719 A.2d 485 (1998), which we have decided today.

The judgment is affirmed.